ACCEPTED
05-25-00879-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
8/25/2025 3:31 PM
RUBEN MORIN
CLERK

NO. 05-25-00879-CV

IN THE COURT OF APPEALS
FOR THE FIFTH DISTRICT OF TEXAS
DALLAS, TEXAS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
8/25/2025 3:31:20 PM
Ruben Morin
Clerk

SIDHARTHA MUKHERJEE A/K/A SAMMY MAHDEV,

Appellant,

v.

AVTAR "TERRY" PARVAGA AND PRABHA SINGH,

Appellees.

## APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

**HUTCHERSON LAW PLLC**

Kenton J. Hutcherson, Esq.
State Bar No. 24050798
3090 Nowitzki Way, Suite 300
Dallas, Texas 75219
Tel: (214) 443-4200
Fax: (214) 443-4210
Email: kjh@hutchersonlaw.com

**ATTORNEY FOR APPELLANT**

1

**TO THE HONORABLE COURT OF APPEALS:**

Appellant Sidhartha Mukherjee a/k/a Sammy Mahadev ("Mukherjee") seeks a 30-day extension of the time to file his Appellant's brief on the merits on the following basis:

1. Mukherjee's Appellant brief on the merits is due on September 3, 2025.

2. Mukherjee seeks a 30-day extension to make Appellant's brief on the merits due on October 3, 2025.

3. This is the first request for an extension on this brief.

4. Appellees agree to the relief sought by this motion.

5. Mukherjee's counsel has encountered difficulties conferring with Mukherjee and intends to file a motion to withdraw as lead counsel. A 30-day extension will provide Mukherjee with time to find replacement counsel.

For these reasons, Mukherjee seeks a 30-day extension to make his Appellant's brief on the merits due on October 3, 2025.

Dated:  August 25, 2025   Respectfully submitted,


/s/ Kenton J. Hutcherson
Kenton J. Hutcherson
State Bar. No. 24050798
HUTCHERSON LAW PLLC
3090 Nowitzki Way, Suite 300
Dallas, Texas 75219
Telephone:  (214) 443-4200
Facsimile:  (214) 443-4210
Email: kjh@hutchersonlaw.com

**ATTORNEY FOR APPELLANT**

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on the 25th day of August, 2025, he conferred with Rebecca T. Vaugh, Esq., counsel for Appellees, who confirmed that Appellees do not oppose this motion.

/s/ Kenton J. Hutcherson
Kenton J. Hutcherson

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 25th day of August, 2025, a true and correct copy of the foregoing document was electronically served upon all parties as follows:

**Via ProDoc EFile**

Joyce W. Lindauer, Esq.
Texas Bar No. 21555700
joyce@joycelindauer.com
Rebecca T. Vaughn, Esq.
Texas Bar No. 24098510
becca@joycelindauer.com
JOYCE W. LINDAUER
ATTORNEY, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Tel: (972) 503-4033
Fax: (972) 403-4034

**ATTORNEYS FOR APPELLEES**

**Via First Class Mail and Certified Mail**

Sidhartha Mukherjee
3905 Kite Meadow Drive
Plano, Texas 75074

Sidhartha Mukherjee
1209 Sunflower Lane
Alvarado, Texas 76009

**APPELLANT**

/s/ Kenton J. Hutcherson
Kenton J. Hutcherson

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kenton Hutcherson on behalf of Kenton Hutcherson
Bar No. 24050798
kjh@hutchersonlaw.com
Envelope ID: 104813654
Filing Code Description: Motion
Filing Description: Motion for Extension of Time to File Appellant's Brief
Status as of 8/25/2025 4:01 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Rebecca T. Vaughn | | becca@joycelindauer.com | 8/25/2025 3:31:20 PM | SENT |
| Joyce Lindauer | 21555700 | joyce@joycelindauer.com | 8/25/2025 3:31:20 PM | SENT |